THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**KARREN GOVOCEK,**

    **Plaintiff,**

**v.**                                                                                                       Civil Action No.: 1:22-cv-02826

**WAWA, INC.,**

    **Defendant.**

## CERTIFICATE UPON REMOVAL
## AND LOCAL RULE 103.5 STATEMENT

Defendant, Wawa, Inc. ("Defendant"), by undersigned counsel, hereby certifies as follows:

1.    A copy of all process, pleadings, papers and orders which have been served upon the Defendant in connection with the state action, *Karren Govocek v. Wawa, Inc.*., docketed as Case No. C-02-CV-22-001502 in the Circuit Court for Anne Arundel County, Maryland, including the Complaint and a copy of the Docket Sheet, are attached hereto as **Exhibit A**.

2.    Removing Defendant filed an Answer to Complaint with the Circuit Court for Anne Arundel County, Maryland, on November 1, 2022, and mailed it, first-class postage prepaid, on November 1, 2022 to:

    John J. Cord, Esquire
    Posner & Cord, LLC
    1404 Front Avenue
    Lutherville, MD 21093

A copy of the Answer to Complaint is attached hereto as **Exhibit B**.

3. That on November 1, 2022, undersigned counsel caused to be mailed, first-class postage prepaid to John J. Cord, a copy of the Notice of Removal which was filed on the same date in the United States District Court for the District of Maryland.

4. That on November 1, 2022, undersigned counsel caused to be filed with the Circuit Court for Anne Arundel County, Maryland, a Notice of Filing of Notice of Removal which attached a copy of the Notice of Removal filed with this Court. A copy of the Notice of Filing of Notice of Removal filed with the Clerk of the Circuit Court of Anne Arundel County is attached hereto as **Exhibit C**.

Respectfully submitted,

*/s/ Stephen S. McCloskey*
Stephen S. McCloskey (04640)
Matthew J. McCloskey (20097)
Semmes, Bowen & Semmes
25 South Charles Street, 14th Floor
Baltimore, Maryland 21201
PH:   (410) 539-5040
FX:   (410) 539-5223
smccloskey@semmes.com
mmccloskey@semmes.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2022, a copy of the foregoing *Defendant's Certificate Upon Removal and Local Rule 103.5 Statement* was mailed first-class, postage prepaid to:

John J. Cord, Esquire
Posner & Cord, LLC
1404 Front Avenue
Lutherville, MD 21093
jcord@posnercord.com
*Attorney for Plaintiff*

                                                    */s/ Stephen S. McCloskey*
                                                    Stephen S. McCloskey (04640)

B2907988.DOC