IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KARREN GOVOCEK**<br>6321 Rolden Court<br>Mount Dora, Florida 32757<br><br>                    Plaintiff<br><br>          *v.*<br><br>**WAWA, INC.**<br>260 W. Baltimore Pike<br>Wawa, Pennsylvania 19063-5620<br><br>          **Serve On:**<br>                    The Corporation Trust, Inc.<br>                    2405 York Road, Suite 201<br>                    Timonium, Maryland 21093<br><br>          *and*<br><br>**DOORDASH, INC.**<br>303 2nd Street, Suite 800<br>San Francisco, California 94007<br><br>          **Serve On:**<br>                    The Corporation Trust, Inc.<br>                    2405 York Road, Suite 201<br>                    Timonium, Maryland 21093<br><br>                    Defendants | Case No. 1:22-cv-02826-JKB |

## AMENDED COMPLAINT

**COMES NOW** Plaintiff Karren Govocek, through counsel, John J. Cord and Posner & Cord, LLC, and for causes of action, sues Defendants Wawa, Inc., and DoorDash, Inc. and states as follows:

Posner & Cord, LLC
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-1-

**Exhibit 2**

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this claim through 28 USC § 1332, diversity of citizenship.

2.      This case was originally filed in the state courts of Maryland, before removal by Defendant Wawa, Inc.

## THE PARTIES

3.      Plaintiff Karren Govocek is a citizen and resident of Florida.

4.      Defendant Wawa, Inc. is a business formed in Pennsylvania.  At all relevant times, Defendant owned and operated a convenience store (no. 8525) located at 7710 Milestone Parkway in Hanover, Maryland.

5.      Defendant DoorDash, Inc. is a business formed in California, which does business throughout the United States, including in Maryland.

## FACTUAL BACKGROUND

6.      On or about June 25, 2021, Plaintiff was a business invitee at Defendant's convenience store located at 7710 Milestone Parkway in Hanover, Maryland.

7.      At that store, a DoorDash employee dropped a smoothie on the floor, spilling it.

8.      Defendant's employee made a new smoothie for their delivery service.

9.      Plaintiff, coming out of the bathroom, slipped on the liquid and fell, sustaining injuries.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

**Exhibit 2**

10.     At all times relevant to this incident, Plaintiff Karren Govocek was a business invitee of Defendant Wawa, Inc.  As such, Defendant owed the highest duty to Plaintiff to use reasonable care to inspect and maintain the premises in a safe condition, and to protect Plaintiff from injury caused by an unreasonable risk, that she, through the exercise of ordinary care, would have not discovered on her own.

11.     At all times relevant, Defendant Wawa, Inc. and Defendant DoorDash, Inc. was aware or should have been aware of the liquid on the floor, and of the source of the liquid, as it had been in existence for sufficient time to clean it up and/or warn invitees of the danger.

12.     Defendants had actual and/or constructive notice of the unsafe condition of the liquid.

13.     Plaintiff sustained serious and severe injuries solely as a result of the unsafe condition of the floor at the convenience store.  As a consequence, she has incurred, among other things, damages that include pain, inconvenience, embarrassment, mental anguish, costs of medical treatment.

14.     Defendants are at fault for Plaintiff's fall and are responsible for her injuries.  Plaintiff was acting in a careful and prudent matter without any negligence contributing to her injuries.

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-3-

**Exhibit 2**

### COUNT I
### NEGLIGENCE
### (WAWA, INC.)

15.     Plaintiff hereby incorporates by reference and realleges all paragraphs within this Complaint as if fully set forth herein.

16.     Defendant Wawa, Inc. had a duty to act reasonably and use due care in the operation of its business.  At the date and time of Plaintiff's fall, Defendant, individually and/or through its agents, servants and/or employees, breached that duty and were negligent in the following particulars, among others:

a.  Failing to properly monitor, supervise and maintain the area of the fall so as to furnish to Plaintiff a safe path free from hazards which were recognized, or should have been recognized, by the Defendant as causing or likely to cause serious physical harm to Plaintiff and others;

b.  Failing to maintain the area in a safe condition to ensure that Plaintiff would not slip and fall as a result of the unsafe condition of the floor which existed and which was known, or should have been known, to the Defendant;

c.  Failing to properly inspect the floor where the Plaintiff fell as a result of the unsafe conditions;

d.  Failing to timely investigate reports of unsafe conditions or possible defects;

e.  Failing to properly place corrective devices to prevent the floor from becoming slippery;

f.  Failing to properly monitor the premises for signs of spilled liquid which posed a danger to Plaintiff and other invitees;

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

**Exhibit 2**

g. Failing to warn Plaintiff of the dangerous, defective and unsafe condition of the store's floor;

h. Failing to maintain the premises owned, operated and maintained by the Defendant in good and safe condition for the Plaintiff a d others;

i. Failing to otherwise comply with the applicable laws and regulations of the State of Maryland and the applicable Federal laws and regulations; and

j. Otherwise failing to exercise the degree of care required under the circumstances.

17.     As a direct result of the negligent conduct, inaction and breach of care by Defendant, Plaintiff sustained the injuries, losses and damages more fully described above, without any contributing negligence of the Plaintiff.

**WHEREFORE**, Plaintiff Karren Govocek demands judgment against Defendant Wawa, Inc. in an amount over $75,000.00, plus costs, pre-judgment interest and post-judgment interest.

## COUNT II
### NEGLIGENCE
#### (DOORDASH, INC.)

18.     Plaintiff hereby incorporates by reference and realleges all paragraphs within this Complaint as if fully set forth herein.

19.     Defendant had a duty to act reasonably and use due care in the operation of its business.  At the date and time of Plaintiff's fall, Defendant, individually and/or through its agents, servants and/or employees, breached that duty and were negligent in the following particulars, among others:

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

**Exhibit 2**

a. Failing to properly accept, transport and deliver food and/or beverages in a manner to prevent dangerous spills;

b. Failing to properly monitor, supervise and maintain the area of the spill created by Defendant DoorDash, Inc. so as to furnish to Plaintiff a safe path free from hazards which were recognized, or should have been recognized, by the Defendant as causing or likely to cause serious physical harm to Plaintiff and others;

c. Failing to maintain the area in a safe condition to ensure that Plaintiff would not slip and fall as a result of the unsafe condition of the floor which existed and which was known, or should have been known, to the Defendant;

d. Failing to timely investigate reports of unsafe conditions or possible defects;

e. Failing to properly place corrective devices to prevent the floor from becoming slippery;

f. Failing to properly monitor the premises for signs of spilled liquid which posed a danger to Plaintiff and other invitees;

g. Failing to warn Plaintiff of the dangerous, defective and unsafe condition of the store's floor;

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

-6-

**Exhibit 2**

h.  Failing to otherwise comply with the applicable laws and regulations of the State of Maryland and the applicable Federal laws and regulations; and

i.  Otherwise failing to exercise the degree of care required under the circumstances.

20.  As a direct result of the negligent conduct, inaction and breach of care by Defendant, Plaintiff sustained the injuries, losses and damages more fully described above, without any contributing negligence of the Plaintiff.

**WHEREFORE**, Plaintiff Karren Govocek demands judgment against Defendant DoorDash, Inc. in an amount over $75,000.00, plus costs, pre-judgment interest and post-judgment interest.

Respectfully submitted,

**POSNER & CORD, LLC**

  /s/ John J. Cord          
John J. Cord
*AIS/CPF No. 0312160144*
1404 Front Avenue
Lutherville, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@posnercord.com
www.posnercord.com
*Counsel for Plaintiff*

**Posner & Cord, LLC**
1404 Front Avenue
Lutherville, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
www.posnercord.com

**Exhibit 2**